# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD WHITE**, <br><br> Plaintiff, <br><br> v. <br><br> **WILLIAMS H. BUSH, et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 2:20-cv-02059-KSM** |

## **ORDER**

**AND NOW**, this 3rd day of June, 2021, upon consideration of Plaintiff's Motion for Leave to File a Second Amended Complaint (Doc. No. 19), Defendants' response brief (Doc. No. 26), Plaintiff's supplemental brief (Doc. No. 34), and Defendants' supplemental brief (Doc. No. 35), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the motion is **GRANTED**. Plaintiff Donald White shall file his second amended complaint by **June 4, 2021**.

/s/KAREN SPENCER MARSTON

_____
KAREN SPENCER MARSTON, J.